IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **INT'L PAINTERS** *etc.*, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO.  JKB-12-3128 |
| **AM. STAR PAINTING CO.,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion for default judgment (ECF No. 7), which is ripe for adjudication.  Plaintiffs' counsel has communicated with chambers and indicated that some progress has been made in this matter between the parties.  Plaintiffs are hereby DIRECTED to file a status report within five days.  To the extent the pending motion no longer accurately reflects the amount owed to Plaintiffs, and if Plaintiffs intend to pursue this case to adjudication, they are advised to file an amended motion, as appropriate to the circumstances.  Failure to comply with this order may result in dismissal without further notice.

DATED this <u>13th</u> day of February, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge